```
DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CORKTNEY LOVE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. Cr.S 09-064 JAM |
| Plaintiff,  ) | RELEASE ORDER |
| v.  ) | Date:  May 3, 2011 |
| CORKTNEY LOVE,  ) | Time:  9:30 a.m. |
| Defendant.  ) | Judge: Hon. John A. Mendez |

On May 3, 2011, this matter came before the Court for sentencing. Counsel for Mr. Love has consulted with counsel for the United States. Both Counsel agree that the Court should order the Sacramento County Sheriff to release Mr. Love to a representative of the Federal Defender's Office to be transported to the Salvation Army Adult Rehabilitation Center located at 1615 D Street, Sacramento, CA. 95814.

Good cause appearing therefore,

**IT IS ORDERED** that Mr. Love be released from federal custody immediately.

Dated:  5/3/2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

[PROPOSED] RELEASE ORDER        1        09-363 JAM